UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW CURTIS SIMPSON, | ) | No. CV 08-2991-R(CW) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| TWIN TOWERS CORRECTIONAL FACILITY, | ) | |
| | ) | |
| Respondent, | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: June 3, 2008

MANUEL L. REAL
United States District Judge